*Mack Paving Co. of New York* v. *City of New York*, 148 App.
Div. 893, affirmed.
(Argued March 6, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 8, 1912, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court at a Trial Term in an action to recover a bal-
ance alleged to be due upon a contract for paving.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley*
of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN and HOGAN, JJ. Not sitting:
MILLER, J.

---

THE BARBER ASPHALT PAVING COMPANY, Appellant, *v.*
THE CITY OF NEW YORK, Respondent.

*Barber Asphalt Paving Co.* v. *City of New York*, 148 App. Div.
893, affirmed.
(Argued March 6, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,

entered January 8, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a balance alleged to be due upon a contract for paving.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.